**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Francisco Martinez DeLEON, also known as Jose Francisco, also known as Jose Martinez, Defendant–Appellant.**

No. 13–31238
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 17, 2014.

Camille Ann Domingue, Assistant U.S. Attorney, Daniel J. McCoy, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Jose Francisco Martinez DeLeon, Washington, MS, pro se.

Carol B. Whitehurst, Assistant Federal Public Defender, Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Francisco Martinez De-Leon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Martinez DeLeon has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Martinez De-Leon's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.